STATE of Missouri, Respondent,

v.

James Lee BROWN, Appellant.

No. WD 73734.

Missouri Court of Appeals,
Western District.

June 12, 2012.

Emmett D. Queener, Columbia, MO, for appellant.

Shaun J. Mackelprang and Dora A. Fichter, Jefferson City, MO, for respondent.

Before: JOSEPH M. ELLIS, P.J., and JAMES E. WELSH and ALOK AHUJA, JJ.

### ORDER

PER CURIAM:

James Lee Brown was convicted of driving while intoxicated, § 577.010, RSMo. He appeals, arguing that the results of post-arrest testing of his blood should be suppressed, because the initial stop of his vehicle was unlawful. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).